# United States Bankruptcy Court
## Southern District of Florida

In re  **Lucky Chase III, LLC**  
Debtor(s)

Case No.  **09-37564-EPK**  
Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Lucky Chase III, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☒ None [*Check if applicable*]

**December 14, 2009**  
Date

/s/ John E. Page  
**John E. Page 860581**  
Signature of Attorney or Litigant  
Counsel for  **Lucky Chase III, LLC**  
**Shraiberg, Ferrara, & Landau P.A.**  
**2385 NW Executive Center Dr**  
**Suite 300**  
**Boca Raton, FL 33431**  
**561 443 0800 Fax:561 998 0047**  
**jpage@sfl-pa.com**