# United States Bankruptcy Court
## Southern District of Florida

In re     **Lucky Chase III, LLC**
_____,
Debtor

Case No.   **09-37564-EPK**

Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Marcia Deaktor** P.O. Box 90160 Pittsburgh, PA 15234 | | | 50% membership interest |
| **Scott and Marsha Deaktor** P.O. Box 90160 Pittsburgh, PA 15234 | | | 50% membership interest |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Manager of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **December 14, 2009**

Signature   _/s/ Scott Deaktor_
**Scott Deaktor**
Manager

*Penalty for making a false statement or concealing property*:   Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§ 152 and 3571.

**0** continuation sheets attached to List of Equity Security Holders